IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

                                                CRIMINAL FILE NO.

        v.                                      1:08-CR-313-TWT

O'KEITH BARRINGTON FRANCIS
also known as
Francis O'Keefe
also known as
Michial Saunders,

        Defendant.

ORDER

        This is a criminal action in which the Defendant is charged with illegally entering the United States after having previously been deported. It is before the Court on the Report and Recommendation [Doc. 17] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 12] the indictment. The Motion to Dismiss is without merit for the reasons set forth in the thorough and well reasoned Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 12] is DENIED.

SO ORDERED, this 19 day of December, 2008.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge